## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-326 (JDB) |
| | : | |
| **KARLA ADAMS and** | : | |
| **DUSTIN ADAMS,** | : | |
| | : | |
| **Defendants.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/ *Madison H. Mumma*
Madison H. Mumma
Trial Attorney (Detailee)
U.S. Attorney's Office for the District of Columbia
601 D. Street, N.W.
Washington, D.C. 20530
madison.mumma2@usdoj.gov
202-431-8603