UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-326 (JDB) |
| | : | |
| **DUSTIN ADAMS** and | : | |
| **KARLA ADAMS,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## UNOPPOSED MOTION TO CONTINUE AND
## EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America hereby moves this Court for a 45-day continuance of the October 12, 2023 arraignment and status conference scheduled in the above-captioned matter, and further to exclude the intervening time under the Speedy Trial Act. In support of its motion, the government represents:

1. On September 26, 2023, the defendants appeared before Magistrate Judge Moxila A. Upadhyaya for their initial appearance in this matter. During their initial appearance, Judge Upadhyaya set an arraignment/status conference before this court for October 12, 2023 at 2:30 p.m. via Zoom.

2. To date, defense counsel has yet to file his notice of appearance in this matter. He reports that he will be unable to complete the *pro hace vice* application process before tomorrow's arraignment/status conference.

3. The government is prepared to disclose all specific and global discovery as soon as defense counsel makes his appearance.

4. Government counsel believes it is in the interest of justice to toll the Speedy Trial Act while we wait for defense counsel to file his notice of appearance. The government thus requests a tolling of the Speedy Trail Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i),

(ii), and (iv).

5. Therefore, the government requests that the October 12, 2023 status conference be continued for approximately 45 days, and that there is an exclusion of time under the Speedy Trial Act from October 12, 2023 through the next scheduled status conference. The defendant does not oppose this request.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              DC Bar No. 481052

By:    */s/ Madison H. Mumma*
          Madison H. Mumma
          Trial Attorney (Detailee)
          N.C. Bar No. 56546
          601 D. St NW
          Washington, DC 20001
          202-431-8603
          Madison.mumma2@usdoj.gov