NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number   23-cr-326 (JBD)

Karla Adams and Dustin Adams

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ Daren A. Wiseley
_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Daren A. Wiseley, MI Bar No. P85220
_____
*(Attorney & Bar ID Number)*

Wiseley Law, PLLC
_____
*(Firm Name)*

41 1/2 E. Bacon St.
_____
*(Street Address)*

Hillsdale, MI 49242
_____
*(City)*          *(State)*          *(Zip)*

517-234-4020
_____
*(Telephone Number)*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

KARLA ADAMS AND DUSTIN ADAMS,

                  Defendants.

Case No. 23-cr-326 (JBD)

HON. JOHN D. BATES

---

## ATTORNEY DAREN A. WISELEY'S CERTIFICATION OF REPRESENTATION OF INDIGENTS WITHOUT COMPENSATION UNDER LCvR 83.2(f)

Pursuant to LCvR 83.2(f), I certify that:

1. I am an attorney who is a member in good standing of the State Bar of Michigan.

2. All Defendants in this matter are indigent.

3. I represent Defendants without charging them a fee.

4. I am familiar with the Local Rules of this Court.

I declare under the penalty of perjury that the foregoing is true and correct.

                  Respectfully Submitted,

Dated: October 20, 2023

                  */s/ Daren A. Wiseley*
                  Daren A. Wiseley
                  Attorney for Defendants
                  MI Bar No. P85220
                  WISELEY LAW, PLLC
                  41 ½ E. Bacon St.
                  Hillsdale, MI 49242
                  517-234-4020
                  dwise@defendyourrights.law