**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America,

        Plaintiff,                      Case No. 23-cr-326 (JBD)

v.                                       HON. JOHN D. BATES

Karla Adams and Dustin Adams,

        Defendants.

---

### ATTORNEY DAREN A. WISELEY'S CERTIFICATION OF REPRESENTATION OF INDIGENTS WITHOUT COMPENSATION UNDER LCvR 83.2(f)

Pursuant to LCvR 83.2(f), I certify that:

1. I am an attorney who is a member in good standing of the State Bar of Michigan.

2. All Defendants in this matter are indigent.

3. I represent Defendants without charging them a fee.

4. I am familiar with the Local Rules of this Court.

I declare under the penalty of perjury that the foregoing is true and correct.

                                                                Respectfully Submitted,

Dated: October 20, 2023                    */s/ Daren A. Wiseley*
                                                                Daren A. Wiseley
                                                                Attorney for Defendants
                                                                MI Bar No. P85220
                                                                Wiseley Law, PLLC
                                                                41 ½ E. Bacon St.
                                                                Hillsdale, MI 49242
                                                                517-234-4020
                                                                [dwise@defendyourrights.law](mailto:dwise@defendyourrights.law)