UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-CR-326 (JDB) |
| Plaintiff, | Hon. John D. Bates<br>United States District Judge |
| vs. | |
| KARLA ADAMS and DUSTIN ADAMS, | |
| Defendants.<br>_____/ | |

### ORDER

Upon consideration of representations made to this Court by counsel for the parties, and pursuant to 18 U.S.C. § 4241, it is hereby—

**ORDERED** that Defendants Karla and Dustin Adams undergo outpatient evaluation, as soon as practicable by the psychological or psychiatric staff of a suitable facility in the Western District of Michigan, for the purpose of a forensic screening for a preliminary assessment of their competency, respectively, to stand trial in this matter, and that after such examination a report to be made to this Court as to:

1. Whether Defendants (irrespective of one another) are presently mentally competent to understand the proceedings against him/her, and to properly assist in the preparation of his/her defense; and

2. If the answer to the preceding question is in the negative, whether the examining clinical psychologist believes Defendants (irrespective of one

another) should be transferred to a mental facility for further examination and treatment; it is further

**REQUESTED** that the report generated because of this initial screening be completed by September 9, 2024, subject to the availability of staff resources to honor this request, which report will be made available by the Court to the parties; it is further

**ORDERED** that the Assistant United States Attorney assigned to this matter shall submit the paperwork necessary to ensure the timely payment to the facility chosen for the preliminary competency examination(s) and report(s). The AUSA should coordinate payment through the United States Attorney's Office for the District of Columbia; and it is further

**ORDERED** that the parties shall appear for a further hearing on this matter on _____ ____, 2024 before the undersigned in Courtroom _____.

**SO ORDERED.**


Dated: August __, 2024            _____
                                  JOHN D. BATES
                                  UNITED STATES DISTRICT JUDGE


S<small>TIPULATED AND AGREED TO</small>:


Dated: 8/2/2024                   /s/ *Samuel White (with permission)*
                                  Sam White
                                  Assistant United States Attorney
                                  samuel.white@usdoj.gov


Dated: 8/2/2024                   /s/ *Heath M. Lynch*

                                      Heath M. Lynch
                                      Attorney for Defendants
                                      heath@sbbllaw.com