UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DUSTIN ADAMS and KARLA ADAMS,<br><br>Defendants. | Criminal Action No. 23-326 (JDB) |

### ORDER

Upon consideration of [48] the parties' joint motion for a competency referral, representations made by counsel at the status conference held on July 30, 2024, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that defendants shall each undergo preliminary outpatient psychological or psychiatric evaluation, to be completed as soon as practicable by the staff of a suitable facility in the Western District of Michigan (to be selected with the consent of the parties, and after consultation with Pretrial Services); it is further

**ORDERED** that after these evaluations a report (or separate reports) shall be made to this Court, including "(1) the person's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; (4) the examiner's opinions as to diagnosis, prognosis, and . . . whether the person is suffering from a mental disease or defect rendering him [or her] mentally incompetent to the extent that he [or she] is unable to understand the nature and consequences of the proceedings against him [or her] or to assist properly in his [or her] defense." 18 U.S.C. § 4247(b). The report(s) shall also include the examiner's opinion as to whether the person should be committed to a facility for further examination and treatment; it is further

2

**STRONGLY REQUESTED** that the report(s) be made available to counsel for the parties and filed on this Court's docket by not later than September 4, 2024; it is further

**ORDERED** that the government shall make timely payment to the facility selected for the evaluation; and it is further

**ORDERED** that the hearing set for September 9, 2024 at 10:00 a.m. via videoconference shall be retained as a status conference rather than converted to a competency hearing.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: August 5, 2024